**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DAMON MILLER,<br><br>on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>  Defendant. | Case No.: 1:23-cv-02043-TWT |
| CORY BENN,<br><br>on behalf of himself and all other similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>  Defendant. | Case No.: 1:23-cv-02050-TWT |
| SCOTT PHILLIPS,<br><br>on behalf of his minor son; and BELLVINIA BRICKLE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>  Defendant. | Case No.: 1:23-cv-02067-TWT |

| | |
|---|---|
| KHADIJAH Z. ARTIS,<br><br>on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02069-TWT |
| SRIKANTH ALTURI,<br><br>on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02093-TWT |
| MICHAEL BROWN,<br><br>on behalf of his minor children, A and J, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02130-TWT |
| NOAH BREEDLOVE,<br><br>on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v. | Case No.: 1:23-cv-02131-TWT |

| | |
|---|---|
| NEXTGEN HEALTHCARE, INC., | |
| Defendant. | |
| JONETHAN JAMES, | |
| individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 1:23-cv-02137-TWT |
| v. | |
| NEXTGEN HEALTHCARE, INC., | |
| Defendant. | |
| AMY DEROUIN, | |
| individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 1:23-cv-02139-TWT |
| v. | |
| NEXTGEN HEALTHCARE, INC., | |
| Defendant. | |
| SHAWNA KERR, | |
| on behalf of Minor Child J.K., on behalf of themselves and all others similarly situated, | |
| Plaintiff, | Case No.: 1:23-cv-02148-TWT |
| v. | |
| NEXTGEN HEALTHCARE, INC., | |
| Defendant. | |
| ALUNE BADU, | |
| individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 1:23-cv-02160-TWT |

v.

NEXTGEN HEALTHCARE, INC.,

Defendant.

JESLYN POPE,

individually and on behalf of all others similarly situated,

Plaintiff,                                    Case No.: 1:23-cv-02210-TWT

v.

NEXTGEN HEALTHCARE, INC.,

Defendant.

JESSICA EMERY,

individually and on behalf of all others similarly situated,

Plaintiff,                                    Case No.: 1:23-cv-02238-TWT

v.

NEXTGEN HEALTHCARE, INC.,

Defendant.

NAOMI GORDON,

individually and on behalf of all others similarly situated,

Plaintiff,                                    Case No.: 1:23-cv-02293-TWT

v.

NEXTGEN HEALTHCARE, INC.,

Defendant.

ROSELEE RAMOS,

individually and on behalf of all others similarly situated,

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02504-TWT |
| CHRISTAH ROSS,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEN HEALTHCARE, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02296-TWT |

## ORDER CONSOLIDATING CASES
## AND ENTERING PRELIMINARY SCHEDULE

The parties' Unopposed Motion for Consolidation having been read and considered, and it appearing to the Court that there are common questions of law and fact and that consolidation will avoid expense and delay, for good cause shown, this Honorable Court hereby GRANTS the Motion. All cases shall be consolidated under the *Miller* case, Civil Action No. 1:23-cv-02043-TWT. Any subsequently filed related cases shall be consolidated with these cases under Civil Action No 1:23-cv-02043-TWT. The Court further enters the following deadlines:

- Plaintiffs shall file applications for interim class counsel within 10 days of this Order.

-5-

- Plaintiffs, through interim class counsel, shall file a Consolidated Amended Complaint ("CAC") 45 days after an order appointing interim class counsel;

- Defendant to answer or otherwise respond to the CAC 45 days after the filing of the CAC;

- Plaintiffs to file any response to any motion practice related to the CAC within 45 days; and

- Defendant to file any reply within 28 days of Plaintiffs' response.

SO ORDERED this 17th day of July, 2023.

The Honorable Thomas W. Thrash
United States District Court
Northern District of Georgia, Atlanta Division